UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APRIL CELOSSE,<br>   Plaintiff,<br>  v.<br>BANK OF AMERICA, NATIONAL ASSOCIATION, et al.,<br>   Defendants. | Case No. 18-cv-01455-PJH<br><br>**ORDER GRANTING CONDITIONAL WITHDRAWAL**<br><br>Re: Dkt. No. 20 |

Before the court is Gemma Mondala's Motion to Withdraw as Counsel for Plaintiff. The matter is suitable for decision without oral argument. Accordingly, the hearing set for August 22, 2018 is VACATED. Having read the moving papers and carefully considered the arguments and the relevant legal authority, and good cause appearing, the court hereby rules as follows.

Movant Mondala is hereby permitted to withdraw as counsel of record for plaintiff April Celosse in the above-captioned action. She is withdrawn as counsel effective immediately, in accordance with Civil Local Rule 11–5.

However, no other counsel has appeared on behalf of plaintiff, and Celosse has not appeared to represent herself pro se. As such, the court grants this leave to withdraw subject to the condition that papers in this action may continue to be served on Mondala for forwarding purposes—and Mondala must forward them to Celosse—unless and until Celosse appears by other counsel or pro se. Mondala is hereby ordered to notify Celosse of this condition. See Civ. L.R. 11-5(b).

The initial case management conference ("CMC") for this action is scheduled for

August 16, 2018. That CMC is hereby CONTINUED to September 20, 2018 at 2:00 p.m. in Courtroom 3, 3rd Floor, Federal Building, 1301 Clay Street, Oakland, California. Plaintiff must appear in person or through counsel at the CMC.

Mondala is ORDERED to provide Celosse with a copy of this order.

**IT IS SO ORDERED.**

Dated: August 10, 2018

_____
PHYLLIS J. HAMILTON
United States District Judge