# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| APRIL CELOSSE, <br>                      Plaintiff, <br> vs. <br><br> BANK OF AMERICA, NATIONAL ASSOCIATION AND NELSON & KENNARD ATTORNEYS AT LAW <br><br>                      Defendant(s) | Case No. 4:18-cv-01455-PJH <br><br> [PROPOSED] ORDER RE: JOINT STIPULATION TO DISMISS |

Pursuant to the Joint Stipulation of Dismissal with Prejudice as to Defendant Bank of America, N.A., and Dismissal of the Entire Case between Plaintiff April Celosse and Defendant Bank of America, N.A., and good cause appearing therefor:

1. Defendant Bank of America, N.A. is dismissed with prejudice as to the claims by Plaintiff April Celosse in this action.
2. The entire case is dismissed and the case closed.

IT IS SO ORDERED.

Dated: September 13, 2018

_____
PHYLLIS J. HAMILTON
Chief District Judge

**Case No. 4:18-cv-01455-PJH**
[PROPOSED] ORDER RE: JOINT STIPULATION TO DISMISS

1